IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>Plaintiff,<br><br>vs.<br>**RADIANT MECHANICAL, INC.**<br>**C/O UNITED STATES CORPORATION AGENTS, INC.**<br>**7014 13TH AVENUE, STE. 202**<br>**BROOKLYN, NY 11228**<br><br>Defendant. | Case No:<br><br>Judge: |

## COMPLAINT

NOW COMES Plaintiff, the United States of America, by and through undersigned counsel, hereby sets forth its Complaint against the Defendant and states as follows:

### I.   JURISDICTION AND VENUE

1. This breach of contract action to collect an indebtedness is brought by the United States of America on behalf of the Small Business Administration ('SBA') pursuant to Title 28, United States Code, §1345 and Title 28, United States Code, §3001.

2. The United States Small Business Administration is the assignee of the loan that is the subject of this litigation. The due and owing debt was referred to the US Department of Treasury's Bureau of Fiscal Service for collection in accordance with the Debt Collection Improvement Act of 1996 (31 U.S.C. §3701, et seq.) and ultimately referred to the United States Department of Justice for enforced collection.

3. Upon information and belief, Defendant, Radiant Mechanical, Inc. (hereinafter 'Radiant Mechanical'), is an active New York corporation with a principal place of business located within the jurisdiction of this Court and may be served process through its statutory agent.

## II. FACTS

4. Paragraphs 1-3 of the Complaint are hereby realleged as if fully rewritten herein.

5. On or around November 2, 2018, the SBA authorized a loan in the amount of $100,000 (hereinafter 'Loan') to Radiant Mechanical. SBA, by and through an Administrator, signed the Authorization, which states that SBA guarantees 50% of the SBA loan. A true and accurate copy of the SBA Authorization is attached herein as **Exhibit A.**

6. Thereafter, on or around November 13, 2018, Radiant Mechanical procured the Loan from M & T Bank A true and accurate copy of the Line of Credit Note is attached herein as **Exhibit B.**

7. Servicing of the Loan was assigned to the SBA, and the SBA is currently entitled to enforce the Loan and collect the due and owing debt.

8. Radiant Mechanical defaulted on the Loan. After applying all payments and proceeds received, the current principal balance due and owing on the SBA Loan totals $91,139.31. A true and accurate copy of the Certificate of Indebtedness is attached herein as **Exhibit C.**

9. As of June 26, 2025, the total amount indebted to the United States of America on the claim subject to this litigation is broken down as follows:

   a. Principal: $91,139.31

   b. Statutory Interest: $22,128.13

   c. Statutory Fees: $36,198.87

   d. **TOTAL: $149,466.31**

### III. COUNT ONE: BREACH OF CONTRACT- 28 U.S.C. §3001, *et seq.*

10. Paragraphs 1-9 of the Complaint are hereby realleged as if fully rewritten herein.

11. Radiant Mechanical is the recipient of an SBA loan.

12. Radiant Mechanical, by and through an authorized representative, executed the Line of Credit Note in which it agrees to be bound by the terms of the Loan.

13. Radiant Mechanical failed to make the payments due and owing under the Loan, which resulted in the acceleration of the full balance due and owing on the Loan as set forth in the Line of Credit Note.

14. SBA is entitled to enforce the Loan.

15. Demand has been made upon the Defendant for payment of the indebtedness. The Defendant has neglected and refused to pay the same.

16. Following the entry of judgment, the United States respectfully requests judgment interest at the statutory rate in accordance with Title 28 United States Code, §1961.

17. Pursuant to Title 28, United States Code, §2412 (a) (2), the United States respectfully requests an amount equal to the filing fee prescribed in Title 28, United States Code, §1914 (a).

**WHEREFORE,** Plaintiff, the United States of America, on behalf of the Small Business Administration, respectfully requests Judgment against Defendant Radiant Mechanical, Inc. and prays for relief as follows:

a. Damages pursuant to the SBA Loan in the principal amount of $91,139.31;

b. Statutory pre-judgment interest that continues to accrue on the principal balance only in the amount of $22,128.13 from February 24, 2026 pursuant to 31 U.S.C. §3717

c. Statutory fees in the amount of $36,198.87, pursuant to 31 U.S.C. §3717;

d. Statutory post-judgment interest pursuant to 28 U.S.C. § 1961;

e. An amount equal to the filing fee prescribed in 28 U.S.C. §1914 (a) pursuant to 28 U.S.C. §2412 (a) (2); and

    f.  For such other relief as the Court deems just and proper

Date: February 24, 2026

Respectfully submitted,

By: */s/ Thomas L. Sooy, Esq.*
Thomas L. Sooy, Esq. (NY Bar # 5640198)
Private Counsel – U.S. Department of Justice
The Law Offices of Robert A. Schuerger Co., LPA
1001 Kingsmill Parkway
Columbus, OH 43229
Tel: (614)674-6853
Fax: (614)674-6864
Email Address: Thomas.sooy@usdoj.gov
Copies to: efiling@schuergerlaw.com

## VERIFICATION

STATE OF OHIO            )  ss:
COUNTY OF FRANKLIN )

THOMAS L. SOOY, being duly sworn, deposes and says:

1. I am an Attorney duly admitted to practice in the Federal Courts of the Western District of the State of New York and have read the foregoing Complaint.

2. The allegations of the Complaint are true, except those matters alleged on information and belief, and those matters I believe to be true. The grounds of my knowledge and the sources of my information and belief are records of the U.S. Small Business Administration and the U.S. Department of Treasury, Bureau of Fiscal Service, Disbursement and Debt Management.

Thomas L. Sooy, Esq. (NY Bar # 5640198)
Private Counsel – U.S. Department of Justice
The Law Offices of Robert A. Schuerger Co., LPA
1001 Kingsmill Parkway
Columbus, OH 43229
Tel: (614) 674-6852
Fax: (614) 674-6864
Email Address: Thomas.sooy@usdoj.gov

Subscribed and sworn to before me
this 24th day of February, 2026.



**Lynne Warner-Steed**
Notary Public, State of Ohio
My Commission Expires 08-28-2027